# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TROY G. AVERA,

    Plaintiff,

vs.                              CASE NO. 4:09cv218/RS-WCS

AIR LINE PILOTS ASSOCIATION
INTERNATIONAL; AIR LINE PILOTS
ASSOCIATION MASTER EXECUTIVE
COUNCIL, et al,

    Defendants.

_____

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 43). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Air Line Pilots Association International's Motion To Dismiss (Doc. 25) is granted.

3. Plaintiff's Amended Complaint (Doc. 14) is dismissed for failure to state a claim as to Counts I, II, and IV, and because Count III is barred by the statute of limitations.

4. The clerk is directed to close the file.

**ORDERED** on September 28, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**